Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

OCTOBER 27 20 05

BRUCE RIFKIN, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

IAN ELTON FUHR,
JASON JOHN FUHR,
ELIJAH VICTOR FUHR,
VICTOR EUGENE FUHR,
VALENTINO GUY,
CARLOS EDWARD FORD,
HENRY ORLANDO CASTRO,
COREY ALLEN BROWN,
ROY COLUMBUS GOLD III,
QUINTRAKEOUS CHERRY,
ERIC O'NEAL SOLIER,
MICHAEL DEVON RAY STEWART,
DEONDRA MCDUFFIE,
CARLOS MIGUEL WATSON,
DAVID WATKINS,
JASON LEE WARD,
JONAH TOPPS,
JOHN PELLUM,
PIILUA ETI,
MICHAEL R. COX,
JOHNNIE BROWN,
COLLEEN FLOCK,
SCOTT BRICKNER, and
ANTHONY STEVEN RODGERS,

      Defendants.

CR05 0391 RSM

NO.

INDICTMENT

05-CR-00391-INDI

INDICTMENT — 1

1   The Grand Jury charges that:

2   ## COUNT 1

3   (Conspiracy to Distribute Controlled Substances)

4   Beginning at a time unknown, but within the last five (5) years, and continuing

5   through on or about October, 2005, at Federal Way, within the Western District of

6   Washington, and elsewhere, IAN ELTON FUHR, JASON JOHN FUHR, ELIJAH

7   VICTOR FUHR, VICTOR EUGENE FUHR, VALENTINO GUY, CARLOS

8   EDWARD FORD, HENRY ORLANDO CASTRO, COREY ALLEN BROWN,

9   ROY COLUMBUS GOLD III, QUINTRAKEOUS CHERRY, ERIC O'NEAL

10  SOLIER, MICHAEL DEVON RAY STEWART, DEONDRA MCDUFFIE, CARLOS

11  MIGUEL WATSON, DAVID WATKINS, JASON LEE WARD, JONAH TOPPS,

12  JOHN PELLUM, PIILUA ETI, MICHAEL R. COX, JOHNNIE BROWN, COLLEEN

13  FLOCK, SCOTT BRICKNER, and ANTHONY STEVEN RODGERS, knowingly and

14  intentionally conspired with one another, and with others, to distribute controlled

15  substances: to wit, cocaine, cocaine base, oxycodone, and marijuana, substances

16  controlled under Schedules I and II, Title 21, United States Code, Section 812.

17  It is further alleged that this offense involved five (5) kilograms or more of a

18  mixture and substance containing cocaine, and fifty (50) grams or more of a mixture

19  and substance containing cocaine base.

20  All in violation of Title 21, United States Code, Sections 841(a)(1),

21  841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), and 846.

22  ### FORFEITURE ALLEGATION

23  Pursuant to Title 21, United States Code, Section 853, the Grand Jury alleges

24  that, as a result of the felony offense listed above, punishable by imprisonment for

25  more than one year, the above named defendants shall forfeit to the United States of

26  America any and all interest in property, real or personal, constituting, or derived

27  from, and proceeds obtained, directly or indirectly, as the result of said criminal

28  offense, and shall further forfeit any and all interest in property, real or personal, used

INDICTMENT — 2

1  or intended to be used, in any manner or part to commit, and to facilitate the
2  commission of such felony offense.

3  If any of the forfeitable property, as a result of any act or omission of the
4  defendant cannot be located upon the exercise of due diligence, has been transferred or
5  sold to, or deposited with, a third person, has been placed beyond the jurisdiction of the
6  Court, has been substantially diminished in value, or has been commingled with other
7  property which cannot be subdivided without difficulty, it is the intent of the
8  United States, pursuant to Title 21, United States Code, Section 853(p), to seek the
9  forfeiture of any property of the defendant, up to the value of the forfeitable properties.

11  A TRUE BILL

12  DATED:  *OCTOBER 27, 2005*

15  <u>Signature Redacted Pursuant to Policy</u>

16  FOREPERSON

19  JOHN McKAY
20  UNITED STATES ATTORNEY

22  DOUGLAS B. WHALLEY
23  ASSISTANT UNITED STATES ATTORNEY

26  RONALD J. FRIEDMAN
     ASSISTANT UNITED STATES ATTORNEY

INDICTMENT — 3