Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

NOVEMBER 10, 2005

BRUCE RIFKIN, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> IAN ELTON FUHR, <br> JASON JOHN FUHR, <br> ELIJAH VICTOR FUHR, <br> VICTOR EUGENE FUHR, <br> VALENTINO GUY, <br> CARLOS EDWARD FORD, <br> HENRY ORLANDO CASTRO, <br> COREY ALLEN BROWN, <br> ROY COLUMBUS GOLD III, <br> QUINTRAKEOUS CHERRY, <br> ERIC O'NEAL SOLIER, <br> MICHAEL DEVON RAY STEWART, <br> DEONDRA MCDUFFIE, <br> CARLOS MIGUEL WATSON, <br> DAVID WATKINS, <br> JASON LEE WARD, <br> JONAH TOPPS, <br> JOHN PELLUM, <br> PIILUA ETI, <br> MICHAEL R. COX, <br> RAEBURN GENE GAMBLE, <br> JOHNNIE BROWN, <br> LINDA M. RYE, <br> COLLEEN FLOCK, <br> SCOTT BRICKNER, and <br> ANTHONY STEVEN RODGERS, <br><br> Defendants. | NO. CR05-391RSM <br><br> FIRST SUPERSEDING INDICTMENT <br><br> 05-CR-00391-INDI |

INDICTMENT — 1

1  The Grand Jury charges that:

## COUNT 1

(Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, but within the last five (5) years, and continuing through on or about November, 2005, at Federal Way, within the Western District of Washington, and elsewhere, IAN ELTON FUHR, JASON JOHN FUHR, ELIJAH VICTOR FUHR, VICTOR EUGENE FUHR, VALENTINO GUY, CARLOS EDWARD FORD, HENRY ORLANDO CASTRO, COREY ALLEN BROWN, ROY COLUMBUS GOLD III, QUINTRAKEOUS CHERRY, ERIC O'NEAL SOLIER, MICHAEL DEVON RAY STEWART, DEONDRA MCDUFFIE, CARLOS MIGUEL WATSON, DAVID WATKINS, JASON LEE WARD, JONAH TOPPS, JOHN PELLUM, PIILUA ETI, MICHAEL R. COX, RAEBURN GENE GAMBLE, JOHNNIE BROWN, LINDA M. RYE, COLLEEN FLOCK, SCOTT BRICKNER, and ANTHONY STEVEN RODGERS, knowingly and intentionally conspired with one another, and with others, to distribute controlled substances: to wit, cocaine, cocaine base, oxycodone, and marijuana, substances controlled under Schedules I and II, Title 21, United States Code, Section 812.

It is further alleged that this offense involved five (5) kilograms or more of a mixture and substance containing cocaine, and fifty (50) grams or more of a mixture and substance containing cocaine base.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), and 846.

## FORFEITURE ALLEGATION

Pursuant to Title 21, United States Code, Section 853, the Grand Jury alleges that as a result of the drug felony offense charged in Count 1 above, punishable by imprisonment for more than one year, Defendants IAN ELTON FUHR, JASON JOHN FUHR, ELIJAH VICTOR FUHR, VICTOR EUGENE FUHR, VALENTINO GUY, CARLOS EDWARD FORD, HENRY ORLANDO CASTRO, COREY ALLEN

INDICTMENT — 2

UNITED STATES ATTORNEY
United States Courthouse
7TH & Stewart
Seattle, Washington 98101
(206) 553-7970

1  BROWN, ROY COLUMBUS GOLD III, QUINTRAKEOUS CHERRY, ERIC O'NEAL
2  SOLIER, MICHAEL DEVON RAY STEWART, DEONDRA MCDUFFIE, CARLOS
3  MIGUEL WATSON, DAVID WATKINS, JASON LEE WARD, JONAH TOPPS,
4  JOHN PELLUM, PIILUA ETI, MICHAEL R. COX, RAEBURN GENE GAMBLE,
5  JOHNNIE BROWN, LINDA M. RYE, COLLEEN FLOCK, SCOTT BRICKNER, and
6  ANTHONY STEVEN RODGERS shall forfeit to the United States of America any and
7  all property, real or personal, constituting, or derived from, any proceeds obtained,
8  directly or indirectly, as a result of said criminal offense, and shall further forfeit any and
9  all property, used or intended to be used, in any manner or part to commit, and to
10 facilitate the commission of such felony offense, including by not limited to the
11 following:
12      1.   Real Property located at 10732 SE 201st, Kent, Washington, King County
13 Parcel #025590-010, together with its Buildings, Improvements, Appurtenances,
14 Fixtures, Attachments, and Easements, more particularly described as:

> Lot 1, Arcon Division No. 1, according to the plat thereof recorded in
> Volume 106 of Plats, Pages 33 and 34, records of King County,
> Washington, except that portion conveyed to the State of Washington by
> Warranty Deed recorded under Auditor's file number 8808300131 Tax
> Parcel No: .025590-0010-01;

18      2.   Real Property Located at 515 South 323rd Place #14E, Federal Way,
19 Washington, King County Parcel #132151-0290, together with its Buildings,
20 Improvements, Appurtenances, Fixtures, Attachments, and Easements, more particularly
21 described as:

> Unit E, Building 14 of Campus Green II, a Condominium Recorded in
> Volume 29 of Condominiums, Pages 7 through 15, inclusive, according to
> the Declaration thereof, Recorded under King County Recording No.
> 7902230912, and any amendments thereto;

25      3.   Real Property Located at 10442 2nd Place SW, Seattle, Washington, King
26 County Parcel #172180-1390, together with its Buildings, Improvements, Appurtenances,
27 Fixtures, Attachments, and Easements, more particularly described as:
28

1 | Lots 5, 6, and 7, Block 29, Commercial Street Addition to the City of Seattle, according to the plat thereof recorded in Volume 5 of Plats, Page 47, in King County, Washington;

3 | 4. Real Property Located at 10710 57th Avenue South, Seattle, Washington, King County Parcel #936870-0406 together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments, and Easements, more particularly described as:

The North 67 feet of the West 109 feet of Lot 17 in Block 7 of White's Rainier Beach Gardens Addition, as per plat recorded in Volume 13 of Plats, Page 38, Records in King County Auditor; (Being Parcel B of City of Seattle of Lot Line Adjustment Number 9000705, as per plat recorded under Recording No. 9102010118 and 9103181189, records of King County Auditor) Situate in the City of Seattle, County of King, State of Washington;

5. Real Property Located at 10714 57th Avenue South, Seattle, Washington, King County Parcel #936870-0405 together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments, and Easements, more particularly described as:

Lot 17 in Block 7 of White's Rainier Beach Gardens, as per plat recording in Volume 13 of Plats, page 38, records of King County Auditor, Except the North 67 feet of the West 109 feet thereof, (Also known as Parcel A, City of Seattle lot line adjustment # 9000705, King County Recording Number 9102010118 and 9103181189) Situate in the City of Seattle, County of King, State of Washington;

6. Real Property Located at 2706 Southwest 105th Street, Seattle, Washington, together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments, and Easements, more particularly described as:

That portion of the Northeast 1/4 of the Southwest 1/4 of Section 1, Township 23 North, Range 3 East W.M., described as follows:

Beginning at a point 30 feet South and 589.88 feet West of the Northeast corner of said subdivision; Thence South 00°02'42" West 200 feet; Thence North 89°44'38" East 188 feet to the true point of beginning; Thence continuing North 89°44'38" East 92.87; Thence South 00 11'04" East 100 feet; Thence South 89°44'38" West 93.27 feet; Thence North 00 02'42" East 100 feet to the true point of beginning; (Also known as Lot 10 in Block 1, except the West 188 feet of H.B. Duncanson's Seola View Tracts, an unrecorded plat); Situate in Count of King, State of Washington;

7. Real Property Located at 2725 263rd Street Court East, Spanaway, Washington, Pierce County parcel #0318262005, together with its Buildings,

INDICTMENT — 4

UNITED STATES ATTORNEY
UNITED STATES COURTHOUSE
7TH & STEWART
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | Improvements, Appurtenances, Fixtures, Attachments, and Easements, more particularly
2 | described as:

3 | Section 26 Township 18 Range 03 Quarter 24 : L 2 L L 88-07-15-0467 TOG/W UND 1/14 INT IN FOLL DESC PROP THAT POR OF SW OF NE & S 1/2 OF NW LYING NLY OF (AS BUILT) 60 FT RT OF WY OF 260TH ST E EXC WLY 1798.18 FT THEREOF EASE OF REC OUT OF 2-702, 1-017 & 2-709 SEG C1037BL 11/26/91BO;

6 | 8. Real Property Located at 4621 Foster Place NE, Tacoma, Washington,
7 | Pierce County parcel #7575000090, together with its Buildings, Improvements,
8 | Appurtenances, Fixtures, Attachments, and Easements, more particularly described as:

9 | Section 21 Township 21 Range 03 Quarter 21 SHERWOOD PARK: SHERWOOD PARK L 6 B 3 INC 20 FT DR VAC;

11 | 9. Real Property Located at 32224 45th Place Southwest, Federal Way,
12 | Washington, 98023, King County parcel #8732020350, together with its Buildings,
13 | Improvements, Appurtenances, Fixtures, Attachments, and Easements, more particularly
14 | described as:

15 | Lot 35 of Twin Lake No. 8, as per plat recorded in Volume 104 of plats, page 23 through 25, records of King County Auditor, Situate in the City of Federal Way, County of King, State of Washington.

17 | \\
18 | \\
19 | \\
20 | \\
21 | \\
22 | \\
23 | \\
24 | \\
25 | \\
26 | \\
27 | \\
28 | \\

INDICTMENT — 5

UNITED STATES ATTORNEY
UNITED STATES COURTHOUSE
7TH & STEWART
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  If any of the forfeitable property, as a result of any act or omission of the defendant
2  cannot be located upon the exercise of due diligence, has been transferred or sold to, or
3  deposited with, a third person, has been placed beyond the jurisdiction of the
4  Court, has been substantially diminished in value, or has been commingled with other
5  property which cannot be subdivided without difficulty, it is the intent of the
6  United States, pursuant to Title 21, United States Code, Section 853(p), to seek the
7  forfeiture of any property of the defendant, up to the value of the forfeitable properties.

A TRUE BILL
DATED: November 10, 2005

_Signature Redacted_
FOREPERSON

JOHN McKAY
UNITED STATES ATTORNEY

DOUGLAS B. WHALLEY
ASSISTANT UNITED STATES ATTORNEY

RONALD J. FRIEDMAN
ASSISTANT UNITED STATES ATTORNEY

RICHARD E. COHEN
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT — 6